# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0319
_____

WINSTON MURPHY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

May 22, 2019


PER CURIAM.

DISMISSED.

WETHERELL, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Winston Murphy, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.